# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT WRITTEN OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 2,223.—THE STATE OF MONTANA EX REL. H. A. MISER, RELATOR, *v.* SIXTH JUDICIAL DISTRICT COURT AND HON. FRANK HENRY, JUDGE THEREOF, RESPONDENTS.

Original application for writ of supervisory control.

Decided July 14, 1905.

PER CURIAM.—Relator's application for writ of supervisory control is hereby denied.

*Mr. A. P. Heywood,* for Relator.

------

No. 2,209.—ANTON CARLSON, RESPONDENT, *v.* C. M. DORRANCE, APPELLANT.

*Appeal from Cascade County; Jere B. Leslie, Judge.*

Decided October 10, 1906.

PER CURIAM.—Respondent's motion to dismiss the appeals herein is sustained and the appeals dismissed.

*Mr. Thos. E. Brady,* for Appellant.

*Mr. John W. Stanton,* for Respondent.